UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DEBRA K. FOWLER | ) | CASE NO. 08-11653 |
| | ) | CHAPTER 7 |
|          DEBTOR | ) | |
| | ) | |
| RICHARD F. CLIPPARD | ) | |
| U.S. TRUSTEE | ) | |
| | ) | A.P. NO. 09-1020 |
|          PLAINTIFF | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| DEBRA K. FOWLER | ) | |
| | ) | |
|          DEFENDANT | ) | |

## JUDGEMENT
************

    1. Based upon the defendant's failure to file an answer to the properly served complaint of the U.S. Trustee, Richard F. Clippard, seeking to deny the defendant a Chapter 7 discharge, the Court hereby enters the following judgement in favor of the Plaintiff U.S. Trustee, Richard F. Clippard.

    2. The defendant shall be denied a Chapter 7 discharge in her main bankruptcy case pursuant to 11 U.S.C. §§ 727(a)(2)(A) and/or (B), and § 727(a)(4)(A), and § 727(a)(6). All debts which are (or could have been) listed in the defendant's main bankruptcy case are ordered

non-dischargeable in the main bankruptcy case and in any subsequent bankruptcy proceeding filed by the defendant.

    3. The Clerk of the Bankruptcy Court is ordered to enter this judgement of non-discharge ability in the defendant/debtor's main bankruptcy case, case number 08-11653.

    THIS IS A FINAL AND APPEALABLE JUDGEMENT.

                      Joan A. Lloyd
                      United States Bankruptcy Judge
                      Dated: June 11, 2009

Tendered by:

/s/_____
Scott J. Goldberg
Trial Attorney
Office of the U.S. Trustee
601 West Broadway, Suite 512
Louisville, Kentucky 40202
502-582-6000