UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

DEBRA FOWLER                                                             CASE NO. 08-11653

        DEBTOR

JERRY A. BURNS, TRUSTEE                                                  A.P. NO. _____

vs.

MAC E. MARLEY

    C/O LMT Motor Sports, LLC
    1048 Brockley Way
    Bowling Green, KY 42103

        DEFENDANT

## COMPLAINT TO AVOID FRAUDULENT CONVEYANCE/ PREFERENTIAL TRANSFER

    Comes now the Trustee, Jerry A. Burns, and respectfully states the follows:

1. That he is the duly acting and qualified Trustee in the above reference bankruptcy case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.§ 1334 & 157.

3. This is a Core Proceeding within the meaning of 28 U.S.C. § 157 (b) 2 (F).

4. Upon information and belief the undersigned states that the Debtor transferred the following sums of money to the Defendant, Mac E. Marley on or about the following dates:

    September 17, 2008        $1500

    October 10, 2008          $1500

November 10, 2008 $1000

**Total** **$4000**

5. The undersigned also believes that the Debtor caused to be transferred to the bank account of the Defendant the sum of $38,152.10 which were funds belonging to the Debtor. The undersigned states that he believes that said transfer occurred on or about May 1, 2008 and within one year prior to the filing the Debtor's bankruptcy petition.

6. Subsequent thereto the Debtor, Debra Fowler filed a voluntary petition in bankruptcy on November 13, 2008.

7. The undersigned believes and alleges that the transfers were either preferential payments pursuant to 11 U.S.C. § 547 or fraudulent conveyances pursuant to K.R.S 378.020 and as a result said sums should be ordered to be paid by the Defendant to the Plaintiff as Trustee of said bankruptcy estate.

8. The undersigned states that all of the requirements, and elements of 11 U.S.C.§ 547 and or K.R.S.§ 378.020 are present and have been met with reference to the transactions referred to hereinabove and further states that said transfers were made without consideration and/or were payments of an antecedent debt pursuant to 11 U.S.C. § 547.

**WHEREFORE,** Plaintiff demands that he have and recover from the Defendant, Mac E. Marley the sum of $ 42,152.10 together with Plaintiff's costs herein expended and all other relief to which the Plaintiff may be entitled.

This <u>26th</u>, day of August, 2009.

<u>/s/    Jerry A. Burns                         </u>
Chapter 7 Trustee
1719 Ashley Circle, Ste 120
Bowling Green, Kentucky 42104
(270) 796-9090-Phone
(270) 746-0591-Fax

# CERTIFICATE OF SERVICE

It is hereby certified that the above and foregoing was this the 26th day of August, 2009, served by mail upon the following:

Hon. Joseph Golden
Asst. U S Trustee
Suite 512, 601 West Broadway
Louisville KY 40202

Debra Fowler
10344 Porter Pike
Oakland, Kentucky 42159


By:  /s/ Jerry A. Burns
     Jerry A. Burns, Trustee